IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      11-cv-00500-WDM-KLM

TIB HOLDINGS, INC., f/k/a Trust Industrial Bank d/b/a Fiserv Investment Support Services,

    Petitioner,

v.

STEPHEN Z. KAUFMAN,

    Respondent.
_____

**ORDER**
_____

    This matter is before me on the Consented To Application for Order Confirming Arbitration Award (ECF No. 1) pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq* ("FAA").  As represented and confirmed by the parties, this matter proceeded through arbitration to a final award in favor of Petitioner and against Respondent and the matter was then settled with the consent of both parties for entry of the final award.  Being sufficiently advised in the premises, it is ordered:

    1.  The application is granted.  The arbitration award entered in an American Arbitration proceeding between Petitioner and Respondent, entitled Joint Final Award and attached as Exhibit 2 to the application, is confirmed; and

2.  The award having been satisfied by an agreed payment, judgment will not enter against the respondent Stephen Z. Kaufman.

DATED at Denver, Colorado, on March 2, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge